UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    UNSEALING ORDER
                                  :
         - v. -                   :    S3 15 Cr. 171 (ALC)
                                  :
WALTER REISSMAN,                  :
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney of the Southern District of New York, Preet Bharara, through Assistant U.S. Attorneys Daniel S. Goldman and Andrea Griswold, having been found that the S3 Information, plea agreement, plea transcript, and docket in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have those materials unsealed, it is hereby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/16

ORDERED that the S3 Information, plea agreement, plea transcript, and docket in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         January 6, 2016

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2