UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
          -against-                     :        **ORDER**
                                        :
                                        :        15CR171    (ALC)
                                        :        _____
Walter Reissman                         :             Docket #
                                        :
----------------------------------------x


Andrew L. Carter, Jr. , **DISTRICT JUDGE**.
_____
     Judge's Name

The attorney retained in this case,

John A. Diaz           is hereby ordered
_____
   Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                              SO ORDERED.

                              /s/ Andrew L. Carter, Jr.
                              _____
                              **UNITED STATES DISTRICT JUDGE**


**Dated:**  January 5, 2016


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/16