UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| - v. - | S3 15 Cr. 171 (ALC) |
| WALTER REISSMAN, | |
| Defendant. | |

------------------------------------------------X

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) & 78ff; 17 of the Code of Federal Regulations, Sections 240.10b-5; and Title 18, United States Code, Sections 371, 1001, 1343, 1349, and 2, and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
         January 5, 2015

_____
WALTER REISSMAN

_____
Roger Stavis, Esq.
Attorney for Walter Reissman

_____
Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/1_