USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-5-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    **SEALED ORDER**
     - v. -                          :
                                     :    15 Cr. 171 (ALC)
WALTER REISSMAN,                     :
                                     :
                    Defendant.       :
                                     :
------------------------------------X

WHEREAS an application has been made by the United States of America, with the consent of the defendant, for an order: (i) granting a limited sealing, until further order of the Court, of all documents filed in connection with the proceeding expected to be held on January 5, 2016, including the Information, the parties' plea agreement, the transcript of the plea proceeding related to Walter Reissman (the "defendant"), this affirmation and proposed order, and any related order of the Court; (ii) permitting the materials described in (i) to be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and (iii) temporarily sealing and delaying, until further order of the Court, further docket entries related to the defendant, including notifications of docket entries over the ECF system; and

WHEREAS the Court finds that the safety of the defendant and others may be placed at risk and an active law

enforcement investigation may be compromised if the Government's application is not granted,

IT IS HEREBY ORDERED that all documents filed in connection with the proceeding expected to be held on January 5, 2016, including the Information, the parties' plea agreement, the transcript of the plea proceeding, the Government's affirmation and proposed order, and this Order (collectively, the "Sealed Materials"), shall be sealed until further order of the Court, and, if applicable, retracted and withdrawn from the ECF system;

IT IS FURTHER ORDERED that no further docket entries shall be made relating to the defendant until further order of the Court;

IT IS FURTHER ORDERED that the Sealed Materials may be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and <u>Giglio v. United States</u>, 405 U.S. 150 (1972); and

IT IS FURTHER ORDERED that the Government shall report to the Court within six months of the entry of this order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:    New York, New York
           January 5, 2016

_____
THE HONORABLE ANDREW L. CARTER
United States District Judge
Southern District of New York