Probation Form No. 35      Report and Order Terminating Probation /
(1/92)      Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.      Docket No. 15 CR 171-3 (ALC)

Walter Reissman

On February 23, 2018, the above named was placed on Probation for a period of five (5) years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Walter Reissman be discharged from Probation.

Respectfully submitted,

by *Christopher Baker*
Christopher Baker
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 28th day of February, 20 20.

*Andrew L Carter*
Honorable Andrew L Carter
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-2-20